UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ATLANTIS BLUE SHIPPING COMPANY S.A.,

Plaintiff,

- against -

NORVIC SHIPPING INTERNATIONAL LLC and NORVIC SHIPPING ASIA PTE LTD.,

Defendants.

Civil Case No. 2:26-cv-5417

**CERTIFICATE OF SERVICE**

Shari Guzman, declares and states as follows:

1. That I am over the age of eighteen (18) years and am not a party to this action.

2. That I served true and correct copies of the VERIFIED COMPLAINT AGAINST NORVIC SHIPPING ASIA PTE LTD., NORVIC SHIPPING INTERNATIONAL LLC & PRAYER FOR ATTACHMENT PURSUANT TO RULE B OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS, CIVIL COVER SHEET, and DECLARATION OF YAAKOV U. ADLER IN SUPPORT OF APPLICATION FOR RULE B ATTACHMENT, each dated May 13, 2026; all Exhibits annexed thereto; SUMMONS IN A CIVIL ACTION AS TO NORVIC SHIPPING INTERNATIONAL LLC, ET AL and SUMMONS IN A CIVIL ACTION AS TO NORVIC SHIPPING ASIA PTE LTD, both dated May 14, 2026; ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT AND APPOINTING SPECIAL PROCESS SERVER dated May 20, 2026; PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT dated May 21, 2026 and certified by the Deputy Clerk of the U.S. District Court for the District of New Jersey on May 27, 2026, and; INTERROGATORIES TO GARNISHEE dated May 28, 2026, in this action on Garnishee HSBC Bank USA.

3. That such service was made by delivery of aforementioned documents by facsimile transmission in accordance with the Order Authorizing Issuance of Process of Maritime Attachment and Garnishment to the facsimile number (973) 701-0364 for the first time on May 28, 2026. Service was subsequently made multiple times thereafter via the same means.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 28, 2026

*Shari Guzman*

Shari Guzman