LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
220 PARK AVENUE
FLORHAM PARK, NJ 07932
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813
E-MAIL: reception@freehill.com
www.freehill.com

NEW YORK OFFICE
80 PINE STREET, 25th FLOOR
NEW YORK, N.Y. 10005-1759
(212) 425-1900
FACSIMILE (212) 425-1901

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

November 13, 2026

**VIA ECF**
Honorable Brian R. Martinotti
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re:** ***Atlantis Blue Shipping Company S.A. v. Norvic Shipping International LLC, et al.***
Civil Action No. 2:26-cv-05417-BRM-JSA

Dear Judge Martinotti:

We represent Plaintiff Atlantis Blue Shipping Company S.A. and write to provide a brief status update in accordance with your Honor's Order dated November 2, 2026. This action seeks security pursuant to Supplemental Rule B for Plaintiff's maritime claims arising under a charterparty for the M/V ATLANTIS UNITY.

Plaintiff served Rule B interrogatories on Garnishee Valley National Bank, which provided responses and some accompanying records. The information supplied is incomplete and otherwise deficient, and thus we have been conferring with representatives of Valley National Bank in order to obtain more complete answers and supporting documentation. We expect to resolve these issues with the representatives soon, failing which we may need to seek the Court's intervention. We hope to resolve these issues directly with the bank and avoid the need for an application.

In the meantime, Plaintiff respectfully proposes providing the Court with a further status update in 60 days.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

*/s/ Austin F. Melville*

Austin F. Melville